# EXHIBIT H

RADIO TRANS

